FILED

MAR 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Patrick-Bey,                    )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        Civil Action No.  14-454
                                        )
U.S. Government,                        )
                                        )
        Defendant.                      )
_____         )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

N̸

3

Plaintiff, a resident of Arlington, Virginia, sues the "U.S. Government," but he has made no factual allegations against the United States. *See* Compl. at 1 ("Catholic Charities, a subsidiary of Hillcrest Children and Family Center and also the phyc [sic] ward at Southeast Community Hospital have all attempt[ed] to assault me by way of poison medication."). Since the complaint provides no notice of a claim against the only named defendant, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date:   March ⟍ , 2014